No. 85-6171.   DAVENPORT ET AL. *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Santa Barbara.   Certiorari

denied.